UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL D. ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:08-CV-464 PS |
| vs. | ) |
| | ) |
| SHELDON SCOTT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Michael D. Alexander, a *pro se* prisoner, seeks leave to proceed *in forma pauperis*. His submissions establish that the average monthly deposits to his prisoner trust account during the prior three months were $49.24.

Therefore, pursuant to 28 U.S.C. § 1915(b), the Court:

(1) **GRANTS** the plaintiff leave to proceed in forma pauperis (DE 2);

(2) **ORDERS** the facility having custody of the plaintiff to deduct **$9.84** from his inmate trust account and forward it to the Clerk of this Court in payment of the initial partial filing fee;

(3) **ORDERS** the plaintiff **Michael D. Alexander, St. Joseph County Jail # 268454, BOP # 06898-027** to pay (and the facility having custody of him to automatically remit) to the Clerk of this Court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and

(4) **DIRECTS** the Clerk of Court to ensure that a copy of this Order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

**SO ORDERED**.

ENTERED: October 16, 2008

s/ Philip P. Simon
Philip P. Simon, Judge
United States District Court