UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| MICHAEL D. ALEXANDER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CAUSE NO. 3:08-CV-464 PS |
| vs. | ) ) | |
| SHELDON SCOTT, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

Michael D. Alexander, a *pro se* prisoner, was ordered to show cause why this case should not be dismissed for want of prosecution on or before August 10, 2009. That deadline has long since passed, but he has not responded. In my order of July 20, 2009, he was cautioned that if he did not respond by that deadline, this case would be dismissed without further notice.

For the foregoing reasons, this case is DISMISSED WITHOUT PREJUDICE pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED**.

ENTERED: October 13, 2009

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT